## 8165. Seaboard Air-Line Railway v. Knight.

Per Curiam. 1. This case is controlled in principle by the decision in the case of *Seaboard Air-Line Ry.* v. *Hollis*, ante, 555· (93 S. E. 264).

2. There are no errors assigned which require a reversal of the judgment of the court below in this case, and the verdict, which has the approval of the trial judge, was not without evidence to support it. The court did not err in overruling the motion for a new trial.

Judgment affirmed. *Wade, C. J., and George and Luke, JJ., concur.*

Decided July 26, 1917.

Action for damages; from Muscogee superior court—Judge Gilbert. June 20, 1916.

*Henry R. Goetchius, William deL. Worsley*, for plaintiff in error.
*L. L. Meadors, Love & Fort*, contra.